**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ARSENIO L. COLLINS, | Case No. SACV 16-1237 PSG (SS) |
|         Petitioner, | |
|   v. | **JUDGMENT** |
| DEBBIE ASUNCION, Warden, | |
|         Respondent. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed without prejudice.

DATED: 8/25/16

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE